**Abatement Order filed May 3, 2021.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-20-00844-CR**
**NO. 14-20-00845-CR**
**NO. 14-20-00846-CR**
**NO. 14-20-00847-CR**
**NO. 14-20-00848-CR**
_____

**RICARDO  SALDANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1623964, 1623965, 1623966, 1623967, and 16239648**

---

## ABATEMENT ORDER

Appellant has filed a notice of appeal in each of these cases. In each case, appellant has filed a motion to abate this appeal and remand the case to the trial court for consideration of appellant's motion for shock probation. *See* Tex. Code. Tex. Code Crim. Proc. Ann. art. 42A.202. The motion is granted in each case.

The appeals are abated, treated as a closed case, and removed from this Court's active docket. The appeals will be reinstated on this Court's active docket in sixty days. The Court will also consider an appropriate motion to reinstate the appeal filed by either party.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.